FILED: January 9, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1020
(1:21-cv-01304-MSN-JFA)

_____

RANDALL SOUSA

    Plaintiff - Appellant

v.

CIRCUIT COURT OF FAIRFAX COUNTY; WILLBERG TEDDY CHAPILLIQUEN; THE HONORABLE DAVID BERNHARDT; THE HONORABLE CHARLES S. SHARPE

    Defendants - Appellees

___

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:21-cv-01304-MSN-JFA |
| Date notice of appeal filed in originating court: | 01/05/2023 |
| Appellant | Randall Sousa |
| Appellate Case Number | 23-1020 |
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |