FILED: February 2, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1020
(1:21-cv-01304-MSN-JFA)
_____

RANDALL SOUSA

      Plaintiff - Appellant

v.

CIRCUIT COURT OF FAIRFAX COUNTY; WILLBERG TEDDY CHAPILLIQUEN; THE HONORABLE DAVID BERNHARDT; THE HONORABLE CHARLES S. SHARPE

      Defendants - Appellees

_____

O R D E R
_____

The court grants the motion for extension and extends the time for filing the informal opening brief to 03/06/2023.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk