# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 9, 2023

_____

RULE 45 NOTICE

_____

No.   23-1020,      Randall Sousa v. Circuit Court of Fairfax County
                    1:21-cv-01304-MSN-JFA

TO:    Randall Sousa

**DEFAULT MUST BE REMEDIED BY:** 03/24/2023

Please take notice that the court may dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the default identified below is remedied within 15 days of the date of this notice through receipt of the requisite form or fee in the appropriate clerk's office. Forms are available for completion as links from this notice and at the court's web site, www.ca4.uscourts.gov.

**[ X] Informal opening brief** must be received in the Court of Appeals clerk's office.

Jeffrey S. Neal, Deputy Clerk
804-916-2702